AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

**ORIGINAL**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

**NEW YORK STATE DEPARTMENT OF ECONOMIC DEVELOPMENT f/k/a THE NEW YORK STATE DEPARTMENT OF COMMERCE ECONOMIC DEVELOPMENT,**
an official agency within the administrative offices of the State of New York

               Plaintiff,

-against-

**MICHAEL NNAMDI STEWART,**
an individual and **MOSAYK, INC.,**
a North Carolina Corporation.

               Defendants.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER:

**07 CV 3786**

**Judge Berman**

TO:    MICHAEL NNAMDI STEWART 4649 Vendue Range Drive, Raleigh, North Carolina. 27604
         MOSAYK, INC., 4649 Vendue Range Drive, Raleigh, North Carolina 27604

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

G. Roxanne Elings, Esq.
David Saenz, Esq.
Greenberg Traurig LLP
Metlife Building
200 Park Avenue - 34th Floor
New York, New York 10166
(212) 801-9200
(212) 801-6400

an answer to the Complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

MAY 1 4 2007
DATE

_____
(BY) DEPUTY CLERK

NY 238402712v1 5/14/2007

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |
| Check one box below to indicate appropriate method of Service | |

☐ Served personally upon the defendant.  Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of Person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☐ Other (*specify*): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                                        Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.