

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NEW YORK STATE DEPARTMENT OF
ECONOMIC DEVELOPMENT f/k/a
THE NEW YORK STATE DEPARTMENT
OF COMMERCE ECONOMIC DEVELOPMENT,
an official agency within the administrative offices of
the State of New York

          Plaintiff,                           Case No. 07 CV 3786
                                               (Judge Berman)

          -against-                           AFFIDAVIT OF SERVICE

MICHAEL NNAMDI STEWART,
an individual and MOSAYK, INC.,
a North Carolina Corporation.

          Defendants.
-------------------------------------------------------------X
STATE OF NORTH CAROLINA  )
                              S.S.:
COUNTY OF WAKE               )

_Pauline Purvis_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 15th day of May, 2007, at approximately the time of _6:42 pm_ deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT AND DEMAND FOR JURY TRIAL (WITH EXHIBIT A); INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN; AND ELECTRONIC FILING INSTRUCTIONS upon MICHAEL NNAMDI STEWART at 4649 Vendue Range Drive, Raleigh, NC, by personally delivering and leaving the same with his girlfriend/co-tenant, _Daphinie Faulkner_, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked whether MICHAEL NNAMDI STEWART is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Daphinie Faulkner is a Blk Female, approximately 25-30 years of age, stands approximately 5' feet 5"-8" inches tall, weighs approximately 140-160 pounds with Blk hair.

_____
PROCESS SERVER

Sworn to before me this
25 day of May, 2007

_____
NOTARY PUBLIC
My Comm exp 1/19/2010

[Notary Seal: ALICE W PENNY, NOTARY PUBLIC, WAKE COUNTY, N.C.]

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com