**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NEW YORK STATE DEPARTMENT OF
ECONOMIC DEVELOPMENT f/k/a
THE NEW YORK STATE DEPARTMENT
OF COMMERCE ECONOMIC DEVELOPMENT,
an official agency within the administrative offices of
the State of New York

       Plaintiff,                    Case No. 07 CV 3786
                                       (Judge Berman)

      -against-                    AFFIDAVIT OF MAILING

MICHAEL NNAMDI STEWART,
an individual and MOSAYK, INC.,
a North Carolina Corporation.

       Defendants.
----------------------------------------------------------------X
STATE OF NEW YORK    )
                      S.S.:
COUNTY OF NEW YORK  )

       HOWARD D. GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is an employee of the attorney service, D.L.S., Inc., and is not a party to this action.

       That on the 25th day of May, 2007, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT AND DEMAND FOR JURY TRIAL (WITH EXHIBIT A); INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN; AND ELECTRONIC FILING INSTRUCTIONS upon MICHAEL NNAMDI STEWART, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

MICHAEL NNAMDI STEWART
4649 Vendue Range Road
Raleigh, NC 27604

HOWARD D. GOLDMAN
#932192

Sworn to before me this
25th day of May, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_28_