

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NEW YORK STATE DEPARTMENT OF
ECONOMIC DEVELOPMENT f/k/a
THE NEW YORK STATE DEPARTMENT
OF COMMERCE ECONOMIC DEVELOPMENT,
an official agency within the administrative offices of
the State of New York

          Plaintiff,

          -against-

MICHAEL NNAMDI STEWART,
an individual and MOSAYK, INC.,
a North Carolina Corporation.

          Defendants.
---------------------------------------------------------------X

Case No. 07 CV 3786
(Judge Berman)

AFFIDAVIT OF SERVICE

STATE OF NORTH CAROLINA  )
        S.S.:
COUNTY OF WAKE             )

      Pauline Purvis, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 21st day of May, 2007, at approximately the time of 12:42 pm deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT AND DEMAND FOR JURY TRIAL (WITH EXHIBIT A); INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN; AND ELECTRONIC FILING INSTRUCTIONS upon MOSAYK, INC. c/o North Carolina Secretary of State at 2 South Salisbury Street, Raleigh, NC, by personally delivering and leaving the same with Redonno Casmon who informed deponent that    holds the position of Agent with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

Redonno Casmon is a BlK Male, approximately 30 years of age, stands approximately 5' feet 7" inches tall, weighs approximately 190 pounds with BlK hair.

_____
PROCESS SERVER

Sworn to before me this
25 day of May, 2007

_____
NOTARY PUBLIC
my comm. exp 1/19/2010

[Notary Seal: ALICE W. PENNY, NOTARY PUBLIC, WAKE COUNTY, N.C.]

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com