UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE DEPARTMENT OF ECONOMIC DEVELOPMENT f/k/a THE NEW YORK STATE DEPARTMENT OF COMMERCE ECONOMIC DEVELOPMENT, an official agency within the administrative offices of the State of New York,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NNAMDI STEWART, an individual and MOSAYK, INC., a North Carolina corporation<br><br>Defendants. | CIV. ACTION NO.:<br><br>07 CV 3786 (RMB)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Daniel I. Schloss hereby enters an appearance as counsel for Plaintiff New York State Department of Economic Development.

Dated: July 16, 2007

By: _____
G. Roxanne Elings (GE 8321)
Daniel Schloss (DS 7373)
David Saenz (DS 1976)
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
*Attorneys for Plaintiff New York State Department of Economic Development*