UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YORK STATE DEPARTMENT OF :
ECONOMIC DEVELOPMENT,          :
                               :
              Plaintiff,       :   07 Civ. 3786 (RMB)(GWG)
                               :
         -against-             :   **ORDER OF DISCONTINUANCE**
                               :
MICHAEL NNAMDI STEWART and     :
MOSAYK, INC.,                  :
                               :
              Defendants.      :
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Based on the letter dated July 16, 2007, indicating that the parties have reached a settlement agreement, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. The Court hereby vacates the hearing scheduled for July 18, 2007.

**SO ORDERED.**

Dated: New York, New York
       July 16, 2007

                                              _RMB_____
                                              Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 16, 2007