# Greenberg Traurig

Daniel I. Schloss
Tel. (212) 801-2256
Fax (212) 805-5571
schlossd@gtlaw.com

# MEMO ENDORSED

July 16, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/07

<u>**VIA FACSIMILE (212-805-6717)**</u>
Judge Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: <u>**New York State Department of Economic Development v. Stewart et al, Case No. 07 CV 3786**</u>

Dear Judge Berman:

We represent the Plaintiff in the above captioned matter. The Parties have reached a settlement in principle and intend to file a Stipulation with the Court by August 17, 2007. If this does not occur, we request that the case be reopened at that time.

Sincerely,

GREENBERG TRAURIG, LLP

By: Daniel I. Schloss
Attorneys for Plaintiff New York State Department of Economic Development

*[Handwritten endorsement:]* I have every confidence it will settle long b/m + no reopening will be needed.

SO ORDERED.
Date: 7/17/07
Richard M. Berman, U.S.D.J.

cc: Omar Stewart via first class mail
    Mosayk, Inc. via first class mail

Returned to chambers for scanning on 7.20.07
Scanned by chambers on _____

RECEIVED JUL 16 2007 CHAMBERS OF RICHARD M BERMAN USDJ

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

07/16/07 MON 18:27 [TX/RX NO 7464]